ACCEPTED
01-14-00677-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 3:27:30 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00677-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 3:27:30 PM
CHRISTOPHER A. PRINE
Clerk

PETER TSAI AND BARBARA TSAI,

*Appellants*,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

*Appellee*.

ON APPEAL FROM THE 269TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS

**UNOPPOSED MOTION OF APPELLEE TO EXTEND TIME
TO FILE ITS BRIEF PURSUANT TO RULE 10.5(b)**

*To the Honorable Court of Appeals*:

Defendant and Appellee Liberty Mutual Insurance Company ("Defendant") files this unopposed motion to extend the time to file its brief on the merits, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure.

1.

Plaintiffs Peter Tsai and Barbara Tsai ("Plaintiffs") brought this action against Defendant for breach of contract under their homeowner's policy alleging that Defendant failed to pay their claim for water damage. The trial court granted Defendant's motion for summary judgment, and Plaintiffs took an appeal from that order.

2.

Plaintiffs filed their brief on December 17, 2014, after the Court granted Plaintiffs an extension of time to do so.

3.

The current deadline for Defendant to file its brief is January16, 2015.

4.

This motion is the first request by Defendant for an extension of time to file its brief.

5.

Defendant requests an extension of time of thirty-one (31) days to file its brief to February 16, 2015.

6.

This case is not set for submission at this time.

7.

Lead counsel for Defendant has been and will be involved in the following matters that required his attention:

- Because Plaintiffs filed their brief on December 17, 2014, Defendant's deadline included the Christmas holidays when counsel was out of the office with family.

- Counsel will be out of state at the end of the week of January 11, 2015 on family matters when the brief is due currently.

- Preparation of the brief in Cause No. 14-14-00647-CV; *Joe Ballard v. Arch Insurance Company et al.*; in the Court of Appeals for the Fourteenth District of Texas

- Preparation for and attendance at a client meeting on January 6, 2015.

8.

There is no opposition to this motion.

9.

This motion is not made for delay, but so that justice may be done.

10.

Defendant respectfully requests that the Court grant it an extension of time to file its brief until February 16, 2015.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion to extend time to file its brief be granted.

Respectfully submitted,

SHEEHY, WARE & PAPPAS, P.C.

By:_____

   Richard A. Sheehy
   State Bar No. 18178600
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
(713) 951-1000 – Telephone
(713) 951-1199 – Facsimile
E-mail: rsheehy@sheehyware.com

***Attorneys for Defendant and Appellee
Liberty Mutual Insurance Company***

## Certificate of Conference

There is no opposition to this motion.

_____

Richard A. Sheehy

## Certificate of Service

This will certify that a true and correct copy of this document has been forwarded to all counsel of record pursuant to the Texas Rules of Appellate Procedure on the 15th day of January 2015.

*Via E-Service and Facsimile (713) 523-1266*
Daniel F. Crowder
Crowder, LLP
2211 Norfolk, Suite 610
Houston, Texas  77098

_____
Richard A. Sheehy

2264999